IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| TAMMY DALLAS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:22-cv-00190-DGK |
|  | ) |  |
| AMERICAN CREDIT SYSTEMS, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER OF DISMISSAL

In accordance with Plaintiff's notice of voluntary dismissal, ECF No. 8, this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Date: April 25, 2022              /s/ Greg Kays
                                  GREG KAYS, JUDGE
                                  UNITED STATES DISTRICT COURT